UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| THE AMERICAN LEGION,<br>700 N. Pennsylvania Street,<br>Indianapolis, Indiana 46206<br><br>Plaintiff,<br><br>vs.<br><br>LA SOCIETE DES 40 HOMMES ET 8<br>CHEVAUX, FREDERICK/CARROLL<br>VOITURE LOCALE 155, INC,<br>627 Grant Place<br>Frederick, Maryland 21702<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:11-cv-00784-MJG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff The American Legion, by and through its counsel, respectfully notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it hereby dismisses this present action in its entirety without prejudice, before Defendant has filed a responsive pleading to the complaint.

Respectfully submitted,

Dated: April 18, 2011

/s/ Adam S. Nadelhaft
Adam S. Nadelhaft # 17802
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel.: (202) 282-5000
Fax: (202) 282-5100
*Attorneys for Plaintiffs*

SO ORDERED this 19th day of April, 2011:

_____/s/_____
The Honorable Marvin J. Garbis